# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of November two thousand twenty-four,

Pablo Calderon,

    Petitioner - Appellant,

v.

United States Probation Office, District of Connecticut,

    Respondent - Appellee.

**ORDER**
Docket No. 24-3050

    APPELLANT Pablo Calderon has filed a scheduling notification, pro se, pursuant to the Court's Local Rule 31.2, setting February 24, 2025 as the brief and joint appendix filing date.

    The scheduling notification hereby is so ordered.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

