NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Calderon v. U.S. Probation Office          Docket No.: 24-3050

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Michael S. McGarry

Firm: United States Attorney's Office

Address: 157 Church Street, 25th Floor, New Haven, CT 06510

Telephone: 203-821-3751     Fax: 203-773-5378

E-mail: Michael.McGarry@USDOJ.GOV

Appearance for: United States of America (Appellee)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: AUSA Sandra Glover, Chief )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on December 2, 2014   OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: Michael S. McGarry

<u>CERTIFICATION</u>

    I hereby certify that on December 30, 2024, a copy of the foregoing was filed electronically with the court and served by e-mail on Appellant by way of his e-mail on record with the Court or by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/
                               MICHAEL S. MCGARRY
                               ASSISTANT UNITED STATES ATTORNEY