UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3050

**Caption [use short title]**

**Motion for:** APPELLANT PABLO CALDERON'S MOTION FOR EXTENTION OF TIME TO FILE THE APPENDIX AND HIS BRIEF

Calderon v. U.S. Probation Office

Set forth below precise, complete statement of relief sought:

Extend the deadline for the Appendix and Brief, if the Motion for Abeyance is denied, by the amount of days between the date the Motion for Abeyance was filed and the date of the denial of the Motion.

**MOVING PARTY:** Pablo Calderon
**OPPOSING PARTY:** U.S. Probation Office

☐ Plaintiff ☐ Defendant
☒ Appellant/Petitioner ☐ Appellee/Respondent

**MOVING ATTORNEY:** Pablo Calderon, Pro Se
**OPPOSING ATTORNEY:** AUSA Michael McGarry

[name of attorney, with firm, address, phone number and e-mail]

7 Old Parish Rd, Darien, CT 06820
U.S. Attorney's Office, 157 Church Street, New Haven, CT 06510

email: sxallc@gmail.com
(203) 821-3700

Mobile: 203-613-6748
email: Michael.McGarry@usdoj.gov

**Court- Judge/ Agency appealed from:** U.S. District Court for Connecticut - Hon. Vernon D. Oliver

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☒ No ☐ Don't Know

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Pablo Calderon  **Date:** 1/27/2025  **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 24-3050-cv

## In the United States Court of Appeals for the Second Circuit

PABLO CALDERON,

*Plaintiff-Appellant,*

v.

U. S. PROBATION OFFICE,

*Defendant-Appellee.*

On Appeal From The United States District Court For The District Of Connecticut No. 3:24-cv-1595-VDO, Hon. Vernon D. Oliver

**APPELLANT PABLO CALDERON'S MOTION FOR EXTENTION OF TIME TO FILE THE APPENDIX AND HIS BRIEF**

Pablo Calderon
*Pro Se*
7 Old Parish Rd
Darien, Connecticut 06820
(203) 613-6748

Appellant respectfully moves this Court to extend the deadline for the Appendix and Appellant-Petitioner's Brief, in the event Appellant's Motion for Abeyance, Dkt. no. 15, is denied. Appellant requests that the extension of time be the number of days from the date he filed the Motion for Abeyance until the date the denial of the Motion. If the Motion for Abeyance is granted this request is moot.

Currently, the Appendix and Appellant's Brief are due on February 24, 2025. Appellant filed his Motion for Abeyance on January 8, 2025. That Motion is still pending.

Appellant's argument for his Motion for Abeyance is one of judicial economy. *See* Dkt. no. 15. Appellant filed the instant case in District Court on October 4, 2024, because the government's custody ended on October 21, 2024, and after that date, *habeas* action is no longer possible. He filed the complaint in *Calderon v. CoBank et al.*, 3:24-cv-1603-VDO (D. Conn.), three days later, on October 7, 2024. In *Calderon v. CoBank* Appellant seeks a declaratory judgment, which, if favorable to Appellant, is dispositive of the issue of actual innocence in the underlying criminal case. Appellant moved for abeyance of this case until a final resolution in case *Calderon v. CoBank*.

If the Motion for Abeyance is denied, possibly two Courts and the parties will be considering the same arguments advanced by Appellant, since, from Appellant's perspective, the dispositive issues in both cases are the same. Appellant initiated *Calderon v. CoBank* as an attempt to force the courts to explicitly consider the merits of his civil arguments based on the Uniform Commercial Code Article 5 ("UCC"). The courts, district, appeals and supreme court, have yet to explicitly address UCC.

If this Court denies Appellant's Motion of Abeyance in this case, Appellant will have to argue the law simultaneously in two different contexts. Appellant requests extra time to do so. Counsel for Appellee has informed Appellant that Appellee takes no position on the instant Motion.

## CONCLUSION

Appellant requests this Court to extend the deadline for the Appendix and his Brief, currently set for February 24, 2025, if the Motion for Abeyance, Dkt. no. 15, is denied, by the amount of days between the date of he filed his Motion for Abeyance, January 8,

2025, and the date of the denial of the Motion. If the Motion for Abeyance is granted, this instant Motion is moot and Appellant will withdraw it, if this Court does not deny it.

>Respectfully submitted,
>
>/s/ Pablo Calderon
>
>Pablo Calderon
>7 Old Parish Rd
>Darien, CT 06820
>(203) 613-6748
>sxallc@gmail.com

Dated: January 27, 2025.

## CERTIFICATE OF SERVICE

I, Pablo Calderon, certify that on January 27, 2025, this Motion for Extension of Time was filed through this Court's electronic filing system. I further certify that all the parties required to be served will be served electronically.

<u>/s/ *Pablo Calderon*</u>

Pablo Calderon
*Pro Se*
7 Old Parish Rd, Darien, CT 06820
(203) 613-6748
sxallc@gmail.com